# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| The Woodmont Company and<br>Woodmont Hay Creek, L.P., | )<br>)<br>) | **ORDER** |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| LaSalle Shopping Center, LLC and<br>Hay Creek Development, LLC, | )<br>) | Case No. 1:17-cv-073 |
| Defendants. | )<br>) | |

On August 6, 2019, defendants contacted the court to request a conference under D.N.D. Civ. L. R. 37.l(B) to address an ongoing discovery dispute which the parties have been unable to resolve on their own.

**IT IS ORDERED:**

1. The court shall conduct a teleconference with the parties on September 10, 2019, at 11:00 a.m. To participate in the conference, counsel shall call (877) 810-9415 and enter Access Code 8992581.

2. Counsel should meet and confer, by phone or in person, in advance of the status conference, in order to renew their discussion of claims, defenses, plans for discovery, motions, anticipated resource demands and costs; and, they should renew their discussion of options for resolving the case, in order to more fully and timely update and inform the parties and the court.

3. Counsel should be prepared to articulate and address the matters at issue, piece by piece and bit by bit including the possible need to narrow and focus specific individual discovery requests that are relevant to articulable claims and defenses.

Dated this 9th day of August, 2019.

>/s/ Clare R. Hochhalter
>Clare R. Hochhalter, Magistrate Judge
>United States District Court