# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Woodmont Company and Woodmont Hay Creek, L.P., ) ) ) | |
| Plaintiffs, ) ) | **ORDER FOR FINAL PRETRIAL CONFERENCE** |
| vs. ) ) | |
| LaSalle Shopping Center, LLC and Hay Creek Development, LLC, ) ) ) | Case No. 1:17-cv-073 |
| Defendants. ) | |

The final pretrial conference set for October 15, 2019, shall be rescheduled for September 9, 2020, at 2:00 p.m. CDT before the magistrate judge. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of October, 2019

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court