# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Woodmont Company, and<br>Woodmont Hay Creek, L.P.,<br><br>      Plaintiffs,<br><br>vs.<br><br>LaSalle Shopping Center, LLC and Hay<br>Creek Development, LLC,<br><br>      Defendants. | **ORDER RESCHEDULING FINAL<br>PRETRIAL CONFERENCE**<br><br>Case No. 1:17-cv-073 |

The final pretrial conference set for September 9, 2020, shall be rescheduled for March 9, 2021, at 2:00 p.m. CST before the magistrate judge. The conference will be conducted via telephone conference. To participate in the conference, counsel should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2020.

                                              */s/ Clare R. Hochhalter*
                                              Clare R.Hochhalter, Magistrate Judge
                                              United States District Court